DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 383P12 | State v. Timothy Marshall Vester | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1587) | Denied |
| 385P12 | The Fisher Housing Companies, Inc., d/b/a Home Headquarters v. Haywood J. Hendricks; Haywood J. Hendricks, as Administrator of the Estate of Haywood R. Hendricks; and Alice Hendricks | Defs' PDR Under N.C.G.S. § 7A-31 (COA12-120) | Denied |
| 387P12 | M Series Rebuild, LLC v. Town of Mount Pleasant, NC | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-194) | Denied |
| 389P12 | State v. Boyd Johnston Hicks | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1165) | Denied |
| 390P12 | State v. Todd Joseph Martin | Def's PDR Under N.C.G.S. § 7A-31 (COA11-941) | Denied |
| 394P12 | State v. Joseph Brian Tarleton | Def's *Pro Se* PWC to Review Order of COA (COA12-916) | Dismissed |
| 395P12 | State v. Willie Lee Mobley | Def's PDR Under N.C.G.S. § 7A-31 (COA12-54) | Denied |
| 396P12-2 | State v. Jason Alan Laws | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 398P12 | State v. Sherrod La Dontae Whitaker and Trendell Limont Harris | Def's (Whitaker) PDR Under N.C.G.S. § 7A-31 (COA11-1449) | Denied |
| 399A12 | Sharon A. Keyes v. W. Glenn Johnson, Guardian of the Estate of Nelson T. Currin | 1. Plt's *Pro Se* NOA Based Upon a Dissent (COA12-81)<br><br>2. Plt's *Pro Se* PDR as to Additional Issues | 1. - - -<br><br>2. Allowed |
| 400P12 | State v. Bobby Leon Little | 1. Def's *Pro Se* Motion to Extend Time to File MAR and State Habeas Petition<br><br>2. Def's *Pro Se* PWC<br><br>3. Def's *Pro Se* Motion for PDR | 1. Denied<br><br>2. Denied<br><br>3. Dismissed |